UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourt.gov

In re:                                                                    Chapter 7

Sean Patrick Murphy,                                          Case No.   2:25-bk-00574-FMD

        Debtors.
_____/

**AGREED UNITED STATES TRUSTEE MOTION FOR EXTENSION OF TIME
TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO
11 U.S.C. § 727 OR MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(B)**

      Guy A. Van Baalen, Acting United States Trustee for Region 21, by and through his undersigned counsel, and with the consent of the Debtor, hereby requests an extension of time for the United States Trustee and Chapter 7 Trustee, Luis Rivera, to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b) for the following reasons:

      1.     The Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on March 31, 2025.

      2.     Luis E. Rivera, II was appointed as Chapter 7 Trustee

      3.     The deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b) is September 5, 2025.  See Fed. R. Bankr. P. 4004(a) and 1017(e)(1).[1]

---

[1] The deadline was previously extended to September 5, 2025 (Doc. 14).

4.     Upon a showing of cause, the Rules permit the Court to grant an extension of the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b).  See Fed. R. Bankr. P. 4004(b) and 1017(e)(1).

4.     The United States Trustee needs more time to investigate the Debtor's financial affairs.  The Debtor consents to an extension for the United States Trustee and the Chapter 7 Trustee.

WHEREFORE, the United States Trustee moves this Court grant an extension of the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b) through November 21, 2025, and grant such other and further relief that the Court may deem appropriate.

Date: September 2, 2025         RESPECTFULLY SUBMITTED
                                GUY A. VAN BAALEN
                                ACTING UNITED STATES TRUSTEE
                                REGION 21


                      By:   /s/ Teresa M. Dorr (FL Bar # 48037)
                            Trial Attorney
                            U.S. Department of Justice
                            Office of the U.S. Trustee, Region 21
                            501 East Polk Street, Suite 1200
                            Tampa, Florida 33602
                            (813) 228-2000 / fax (813) 228-2303
                            teresa.dorr@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 2, 2025, a true and correct copy of the foregoing motion has been furnished electronically via the CM/ECF system upon all parties requesting electronic notice, and via first-class United States mail, post-page prepared, to the following:


Sean Patrick Murphy
207 Broad Ave. S.
Naples, FL 34102

Brian D. Zinn, Esq.
ZinnLaw PLLC
2891 Center Point Drive
Suite 304
Fort Myers, FL 33916

                                      /s/ Teresa M. Dorr
                                      Trial Attorney, United States Trustee for Region 21