ORDERED.

Dated: **September 04, 2025**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| SEAN PATRICK MURPHY, | Case No. 2:25-bk-00574-FMD |
| Debtor. | |
| _____/ | |

**ORDER GRANTING UNOPPOSED
SECOND MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE,
DETERMINE DISCHARGEABILITY OF DEBT, AND OBJECT TO EXEMPTIONS**

THIS CASE came on for consideration without a hearing upon the *Unopposed Second Motion to Extend Time to Object to Discharge, Determine Dischargeability of Debt, and Object to Exemptions* (the "**Motion**") (Doc. No. 29). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2. The deadline for Fiddler's Creek Management, Inc. and GBH Oyster Harbor Dev., LLC to object to the discharge, determine dischargeability, or object to exemptions is extended through and including November 4, 2025.

*Attorney Stephen R. Leslie is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*